**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 96-6007**

---

JOHNNY D. POWELL,

Petitioner - Appellant,

versus

STATE OF MARYLAND; ATTORNEY GENERAL OF THE
STATE OF MARYLAND,

Respondents - Appellees.

---

Appeal from the United States District Court for the District of
Maryland, at Greenbelt.  Deborah K. Chasanow, District Judge. (CA-
95-3366-DKC)

---

Submitted:  April 15, 1996            Decided:  May 2, 1996

---

Before ERVIN and MOTZ, Circuit Judges, and CHAPMAN, Senior Circuit
Judge.

---

Dismissed by unpublished per curiam opinion.

---

Johnny Dean Powell, Appellant Pro Se.

---

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Appellant appeals from the district court's order denying re-
lief without prejudice on his 28 U.S.C. § 2254 (1988) petition. We
have reviewed the record and the district court's opinion and find
no reversible error. Accordingly, we deny a certificate of probable
cause to appeal and dismiss on the reasoning of the district court.
Powell v. Maryland, No. CA-95-3366-DKC (D. Md. Nov. 21, 1995). We
dispense with oral argument because the facts and legal contentions
are adequately presented in the materials before the court and
argument would not aid the decisional process.

DISMISSED